UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMONWEALTH PLAZA CONDOMINIUM ASSOCIATION, an Illinois Not-For-Profit Corporation; SUHAIL AL CHALABI; VIRGINIA M. HARDING; and DARREN MOSS, <br><br> Plaintiffs, <br><br> vs.. <br><br> CITY OF CHICAGO, a Municipal Corporation; <br><br> Defendant, <br> and <br> SAINT JOSEPH HOSPITAL, an Illinois Not-For-Profit Corporation. <br><br> Defendant-Intervenor. | Case No. 11 C 02923 <br><br> Judge Marvin E. Aspen |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Commonwealth Plaza Condominium Association, an Illinois Not-For-Profit Corporation, Suhail al Chalabi, Virginia M. Harding, and Darren Moss ("Plaintiffs"), by and through their attorneys, McGuireWoods LLP, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the judgment of the United States District Court for the Northern District of Illinois, entered on November 17, 2011 by the Honorable Judge Marvin E. Aspen and granting Defendants' motions to dismiss.

Date:  December 12, 2011

                                              COMMONWEALTH PLAZA CONDOMINIUM ASSOCIATION, AN ILLINOIS NOT-FOR-PROFIT CORPORATION, SUHAIL AL CHALABI, VIRGINIA M. HARDING, and DARREN MOSS

                                              By: /s/ Reuben L. Hedlund
                                                  One of Their Attorneys

Reuben L. Hedlund
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4400
Chicago, Illinois 60601
(312) 849-8100

## **CERTIFICATE OF SERVICE**

I, Jason J. Weigand, an attorney, hereby certify that I caused a true and correct copy of the foregoing **Notice of Appeal** to be served upon the following individuals with the Clerk of Court using the ECF system on December 12, 2011:

Michael Dolesh, Esq.
Senior Counsel
City of Chicago Department of Law
30 North LaSalle Street, Suite 1400
Chicago, IL 60602
P: (312) 744-9028
Email: michael.dolesh@cityofchicago.org

William J. McKenna , Jr.
Foley & Lardner
321 North Clark Street, Suite 2800
Chicago, IL 60654
(312)832-4500
Email: wmckenna@foley.com

Benjamin B. Folsom
Foley & Lardner
321 North Clark Street, Suite 2800
Chicago, IL 60654
312 832 5391
Fax: 312 832 4700
Email: bfolsom@foley.com

Thomas J. Ramsdell
Howard & Howard Attorneys PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
312.456.3642
Fax: 312.939.5617
Email: Tjr2@h2law.com

/s/ Jason J. Weigand
Jason J. Weigand